IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Programs, | : | |
| | : | Civil Action 2:12-cv-00295 |
| Plaintiff | : | |
| v. | : | Judge Economus |
| | : | Magistrate Judge Abel |
| J.T. Thorpe & Son, Inc., | : | |
| Defendant | | |

**ORDER**

Plaintiffs' May 9, 2012 motion to accelerate and compel discovery (doc. 7) is GRANTED. Defendant has failed to answer or otherwise appear in this action, and default has been entered. The complaint seeks to compel an audit of defendant's payroll records and that production of the records and the testimony of its officer is necessary to complete the audit and to permit plaintiffs to seek any ultimate relief by way of a money judgment that may be appropriate. It appears that cause exists to accelerate the commencement of discovery pursuant to Civil Rule 26 and to compel the Defendant to respond. Therefore, it is ORDERED that Defendant J.T. Thorpe & Son, Inc., through an authorized officer, appear for deposition on June 5, 2012 at 1:30 p.m. and produce the payroll documents requested in Plaintiffs' Notice of Deposition.

s/ Mark R. Abel
United States Magistrate Judge