IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Programs, | : | |
| | : | Civil Action 2:12-cv-00295 |
| Plaintiff | | |
| | : | Judge Economus |
| v. | | |
| | : | Magistrate Judge Abel |
| J.T. Thorpe & Son, Inc., | | |
| | : | |
| Defendant | | |

## Order

In response to the August 6, 2012 Order to Show Cause, plaintiff stated that an audit has been conducted and that if defendant provides an affidavit the case will be resolved by settlement. If not, plaintiff will file a motion for default judgment on August 24. If this case is not dismissed or a motion for default judgment filed by August 24, plaintiff is ORDERED to file a status report by that date.

s/Mark R. Abel
United States Magistrate Judge